CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

NITHYA SENRA, SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

BOUTIN JONES INC.
Robert R. Rubin #117428
brubin@boutinjones.com
Michael E. Chase #214506
mchase@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
*Attorneys for Defendants Thomas E. Hatton and Janine Hatton*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-01653-WBS-AC |
| Plaintiff, | ) | |
| | ) | **ORDER APPROVING STIPULATION** |
| v. | ) | **AS TO LIABILITY AND ENTRY OF** |
| | ) | **JUDGMENT** |
| THOMAS E. HATTON and | ) | |
| JANINE HATTON, | ) | |
| | ) | |
| Defendants. | ) | |

Order Approving Stipulation for Judgment
(Case No. 2:16-cv-01653-WBS-AC)

1

Plaintiff, the United States of America, and defendants Thomas E. Hatton and Janine Hatton, have jointly filed a Stipulation regarding the entry of judgment against Thomas E. Hatton and Janine Hatton in this action.

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED:

1.       The Stipulation between the United States of America and defendants Thomas E. Hatton and Janine Hatton is hereby approved;

2.       Defendants Thomas E. Hatton and Janine Hatton are jointly and severally indebted to the United States of America for the following unpaid balances on federal income tax (Form 1040) liabilities and related penalties and interest:

| Tax Type | Tax Period | Assessment Date | Assessment Amounts[1] | Outstanding Balance[2] |
|---|---|---|---|---|
| Federal Income Tax (Form 1040) | 12/31/2001 | 1/5/2004<br>1/5/2004<br>1/5/2004<br>1/5/2004<br>1/5/2004<br>11/10/2008 | $51,936.00 (t)<br>$593.00 (est)<br>$11,685.60 (lfp)<br>$5,453.28 (ftp)<br>$5,665.21 (i)<br>$7,530.72 (ftp) | $77,672.43 |
| Federal Income Tax (Form 1040) | 12/31/2002 | 1/5/2004<br>1/5/2004<br>1/5/2004<br>1/5/2004<br>1/5/2004<br>11/16/2009 | $77,945.00 (t)<br>$2,160.00 (est)<br>$7,015.05 (lfp)<br>$3,507.52 (ftp)<br>$2,729.98 (i)<br>$15,978.72 (ftp) | $186,637.40 |

**Total: $264,309.83**

---

[1] Key:  t - Tax Assessed; ftp - Failure to Pay Tax Penalty; est - Estimated Tax Penalty; i – Interest; lfp - Late Filing Penalty; f - Fees and Collection Costs

[2] Including accrued but unassessed interest and credit for payments received through August 17, 2016.

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6570

3.      The Clerk of the Court is hereby directed to enter judgment in favor of the United States of America and against defendants Thomas E. Hatton and Janine Hatton, jointly and severally, in the above-captioned case in the amount of $264,309.83, less any payments, plus interest and statutory accruals from August 17, 2016, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c)(1), until the judgment is fully paid.

4.      Each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.


**IT IS SO ORDERED.**

Dated:  August 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6570